**Bankruptcy Case No.:** 25-33620

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | |
|---|---|
| **In re:**<br>**Fatima Fazal,**<br>Debtor | United States Courts<br>Southern District of Texas<br>FILED<br>JUN 27 2025 |
| **Case No.:** ~~25-6~~ 25-33620<br>**Chapter 7** | Nathan Ochsner, Clerk of Court |

| |
|---|
| **Fatima Fazal,**<br>Plaintiff, |
| v. |
| **United States Department of Education,**<br>Defendant. |
| **Adv. Proc. No.:** [To be assigned] |

**COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN DEBT UNDER 11 U.S.C. § 523(a)(8)**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Plaintiff Fatima Fazal, appearing pro se, respectfully files this Complaint against the United States Department of Education seeking a determination that repayment of her federal student loan debt would impose an undue hardship and therefore should be discharged under 11 U.S.C. § 523(a)(8), and states as follows:

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334.

2. This is a core proceeding under 28 U.S.C. § 157(b)(2)(I).

3. Venue is proper in this District pursuant to 28 U.S.C. § 1409.

## II. PARTIES

4. Plaintiff Fatima Fazal is an individual residing in this district and the Debtor in the above-captioned Chapter 7 proceeding.

5. Defendant, the United States Department of Education, is a federal agency that holds Plaintiff's federal student loan debt.

## III. FACTUAL BACKGROUND

6. Plaintiff currently owes $105,986 in federal student loans, consisting of:

    **a.** Unpaid Principal: $101,374

    **b.** Accrued Interest: $4,612

    **c.** Fixed Interest Rate: 7.875%

    **d.** Servicer: MOHELA

    **e.** Loan Status: Voluntary forbearance through 10/21/2025

    **f.** Estimated Payoff Date: 10/21/2055

    Documentation reflecting these loan details is attached hereto as **Exhibit A**.

7. Plaintiff last held full-time employment in August 2023. She then enrolled full-time in a graduate program to improve her long-term career prospects and financial independence, completing her degree in May 2024.

8. Despite obtaining her degree, Plaintiff has remained unemployed since graduating and has engaged in continuous job-seeking efforts for over a year without securing stable income. The ongoing challenges of the current competitive labor market, compounded by Plaintiff's documented disabilities, have prevented her from reentering the workforce.

9. During her period of unemployment, Plaintiff accrued $39,157 in credit card debt (see Exhibit B) to pay for necessary living expenses. She also incurred $6,348 in unpaid rent related to a prior lease obligation during her financial hardship (see **Exhibit C**). These debts are included in her Chapter 7 petition and arose from essential costs required to maintain basic living conditions during a period of instability.

10. Plaintiff has been diagnosed by qualified medical professionals with the following conditions, which are documented by her current provider (see **Exhibit D**):

    **a.** Attention-Deficit/Hyperactivity Disorder (ADHD)

    **b.** Obsessive-Compulsive Disorder (OCD)

    **c.** Autism Spectrum Disorder (ASD)

11. These conditions are recognized disabilities under the Americans with Disabilities Act (ADA). Individually and collectively, they substantially impair Plaintiff's executive functioning, cognitive endurance, stress tolerance, and adaptability, all of which are critical for sustaining consistent, full-time employment.

12. Due to sustained financial hardship, Plaintiff has been unable to afford necessary psychiatric care or prescribed medication. This lack of medical support has further limited her functional capacity and ability to pursue or maintain stable employment. Even with treatment, these conditions are chronic and impose significant barriers to Plaintiff's employability.

## IV. STUDENT LOAN STATUS AND ATTEMPTS TO MANAGE REPAYMENT

13. Plaintiff's six-month grace period ended in October 2024. She was unable to make her first scheduled payment of $955.82 due on November 6, 2024.

14. On November 6, 2024, Plaintiff applied for loan consolidation and changed servicers to MOHELA. The consolidation was approved on November 27, 2024.

15. Plaintiff, still without income, sought voluntary forbearance in March 2025, which was granted in April 2025 and remains in effect through October 21, 2025. Interest continues to accrue during forbearance, adding to the total balance.

## V. GROUNDS FOR DISCHARGE UNDER 11 U.S.C. § 523(a)(8)

16. Under 11 U.S.C. § 523(a)(8), federal student loan debt is dischargeable if repayment would impose an undue hardship on the debtor.

17. The Department of Justice's November 2022 Guidance outlines a three-part test for determining undue hardship:

    a. Present inability to repay;

    b. Future inability to repay; and

    c. Good faith efforts to repay.

### V(A). Present Inability to Repay

18. Plaintiff is currently unemployed and has no income or access to public benefits. She cannot meet basic living expenses, including housing, food, transportation, and medical care, without incurring further debt. She lacks the present ability to make any payments toward her student loans. Requiring repayment under these circumstances would impose undue hardship within the meaning of § 523(a)(8).

### V(B). Future Inability to Repay

19. Despite persistent efforts to secure employment, Plaintiff remains unemployed. Her documented neurodevelopmental and psychiatric conditions significantly impair her ability to maintain steady, full-time employment.

20. Plaintiff's federal student loan balance of $105,986 continues to accrue interest during forbearance, increasing the total debt burden over time. Without reliable income, she cannot realistically repay this debt without undue hardship.

21. Plaintiff's current financial situation is highly unstable. She has no significant assets, savings, or property available to satisfy her obligations. Although she has filed for Chapter 7 bankruptcy, her federal student loan debt remains an ongoing burden. She is without any financial cushion and faces substantial difficulty in achieving stability due to prolonged unemployment and economic hardship.

22. Plaintiff's medical conditions materially limit her executive functioning, adaptability, stress tolerance, and capacity to sustain regular work hours—all critical requirements for maintaining gainful employment and repaying significant debt.

23. Although treatment may offer some symptom management, it does not eliminate the underlying conditions or fully restore Plaintiff's functional capacity for sustained employment. Plaintiff's financial limitations have prevented her from maintaining consistent medical care, further compounding the barriers to achieving financial stability. Even if treatment becomes accessible again, there is no certainty that Plaintiff could earn sufficient income to repay her student loans without hardship.

24. Considering Plaintiff's health conditions, absence of income, and the compounding burden of accruing debt, there is no foreseeable circumstance under which she can repay her student loans without experiencing undue hardship.

**V(C). Good Faith Efforts to Repay**

25. Plaintiff has demonstrated good faith in attempting to manage her student loans, including:

    a. Applying for loan consolidation to avoid default;

b. Maintaining communication with servicers and seeking relief options when unable to pay;

c. Actively pursuing employment opportunities while managing documented medical conditions;

d. Filing for Chapter 7 bankruptcy only after exhausting reasonable financial alternatives.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

26. Determine that repayment of her federal student loans would impose an undue hardship under 11 U.S.C. § 523(a)(8);

27. Enter judgment discharging her student loan debt in full;

28. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

______________________________________

**Fatima Fazal**

Date: ____________________

**Plaintiff, Pro Se**

Address: 2414 Allendale Garden Ln, Spring, TX 77373

Contact Phone: (281) 967-2565

Email Address: ff.fatimafazal@gmail.com

EXHIBIT A







# Loan Details As of 06/26/2025 (ET)

Loan: 1-01 DL Consolidated - Unsubsidized

| | |
|---|---|
| Loan Status | Voluntary Forbearance-Ends 10/21/2025 |
| Repayment Plan | Level - Ends 12/21/2025 |
| Repayment Start Date | 11/27/2024 |
| Estimated Payoff Date | 10/21/2055 |

| Ready to pay off this loan today? | Here are the amounts: |
|---|---|
| Online | $105,986.00 |
| By U.S. Mail | $106,204.56 |

Estimated Payment Schedule

We are unable to display your estimated payment schedule.

Please contact us.

| | |
|---|---|
| Unpaid Principal | $101,374.24 |
| Unpaid Interest | $4,611.76 |
| Current Balance | $105,986.00 |
| Interest Rate | 7.875%<br>Interest rates on federal student loans are set by Congress. |
| Interest Type | Fixed |
| Interest Accrued Through | 06/26/2025 |

Loan/Borrower Benefits

| | |
|---|---|
| Option | Interest Rate Reduction - DI01 |
| Status | Elig |

| | |
|---|---|
| Loan Type | DIRECT |
| School | CONSOLIDATED |
| Current Owner | U.S. DEPARTMENT OF EDUCATION |
| Guarantor | DEPT OF ED |
| Disbursement Date | 11/27/2024 |
| Original Principal | $101,374.24 |

Case 25-03432 Document 1 Filed in TXSB on 06/27/25 Page 8 of 11

EXHIBIT B







# TransUnion Credit Report

Check your credit report for signs of theft, fraud, or error.

Updated: June 26, 2025

← Return Home

## Accounts & Balances >

You have a total of 15 accounts, 2 of them are open, and 13 of them are closed.

4 New

7 Negative

0 Disputed

## Balance Breakdown

| | |
|---|---|
| **Personal Loans** | $105,439 |
| **Credit Cards** | $39,157 |
| **Real Estate** | $0 |

EXHIBIT C

# Resident Ledger



FRANKLINWEST

**Date: 06/23/2025**

| **Code** | fazfat | **Property** | 340sh | **Lease From** | 08/01/2023 |
|---|---|---|---|---|---|
| **Name** | Fatima Fazal | **Unit** | 16A | **Lease To** | 07/30/2024 |
| **Address** | 5735 Walnut Street | **Status** | Past | **Move In** | 08/01/2023 |
| | | **Rent** | 1490.00 | **Move Out** | 05/18/2024 |
| **City** | Pittsburgh, PA 15232 | **Phone (H)** | | **Phone (W)** | |

| Date | Chg Code | Description | Charge | Payment | Balance | Chg/Rec |
|---|---|---|---|---|---|---|
| 05/18/2023 | secdep | :Posted by QuickTrans (secdep) | 1,490.00 | | 1,490.00 | 464328 |
| 05/18/2023 | | chk# :QuickTrans :Posted by QuickTrans | | 1,490.00 | 0.00 | 518871 |
| 08/01/2023 | rent1 | Rent | 1,490.00 | | 1,490.00 | 471240 |
| 08/01/2023 | lor | Rebate | (40.00) | | 1,450.00 | 471241 |
| 08/02/2023 | | chk# 1687604265 | | 1,450.00 | 0.00 | 525461 |
| 09/01/2023 | lor | Late Fees (09/2023) | (40.00) | | (40.00) | 472097 |
| 09/01/2023 | rent1 | Rent Charges (09/2023) | 1,490.00 | | 1,450.00 | 472098 |
| 09/05/2023 | | chk# 1076 | | 1,450.00 | 0.00 | 527763 |
| 09/26/2023 | electinc | Electric service 8/16-9/15/23 | 125.34 | | 125.34 | 474083 |
| 10/01/2023 | lor | Late Fees (10/2023) | (40.00) | | 85.34 | 474392 |
| 10/01/2023 | rent1 | Rent Charges (10/2023) | 1,490.00 | | 1,575.34 | 474393 |
| 10/03/2023 | | chk# 1028 | | 1,450.00 | 125.34 | 529999 |
| 10/19/2023 | electinc | Electric service 9/16-10/15/23 | 56.54 | | 181.88 | 476276 |
| 11/01/2023 | lor | Late Fees (11/2023) | (40.00) | | 141.88 | 476630 |
| 11/01/2023 | rent1 | Rent Charges (11/2023) | 1,490.00 | | 1,631.88 | 476631 |
| 11/02/2023 | | chk# 1029 | | 1,450.00 | 181.88 | 532022 |
| 11/02/2023 | | chk# 1030 | | 125.34 | 56.54 | 532023 |
| 11/22/2023 | electinc | Electric service 10/16-11/15/23 | 38.58 | | 95.12 | 478548 |
| 12/01/2023 | lor | Late Fees (12/2023) | (40.00) | | 55.12 | 478832 |
| 12/01/2023 | rent1 | Rent Charges (12/2023) | 1,490.00 | | 1,545.12 | 478833 |
| 12/04/2023 | | chk# 101 | | 1,450.00 | 95.12 | 534317 |
| 12/21/2023 | electinc | Electric service 11/16-12/15/23 | 37.76 | | 132.88 | 480736 |
| 12/27/2023 | | chk# 102 | | 95.12 | 37.76 | 534947 |
| 12/27/2023 | | chk# 103 | | 37.76 | 0.00 | 534948 |
| 01/01/2024 | lor | Late Fees (01/2024) | (40.00) | | (40.00) | 481022 |
| 01/01/2024 | rent1 | Rent Charges (01/2024) | 1,490.00 | | 1,450.00 | 481023 |
| 01/22/2024 | electinc | Electric service 12/16-1/15/24 | 18.50 | | 1,468.50 | 482880 |
| 02/01/2024 | lor | Late Fees (02/2024) | (40.00) | | 1,428.50 | 483282 |
| 02/01/2024 | rent1 | Rent Charges (02/2024) | 1,490.00 | | 2,918.50 | 483283 |
| 02/06/2024 | lor | lor | 40.00 | | 2,958.50 | 485053 |
| 02/19/2024 | electinc | Electric service 1/16-2/15/24 | 14.51 | | 2,973.01 | 485207 |
| 03/01/2024 | lor | Late Fees (03/2024) | (40.00) | | 2,933.01 | 485530 |
| 03/01/2024 | rent1 | Rent Charges (03/2024) | 1,490.00 | | 4,423.01 | 485531 |
| 03/06/2024 | lor | lor | 40.00 | | 4,463.01 | 487258 |
| 03/21/2024 | electinc | Electric service 2/16-3/15/24 | 12.63 | | 4,475.64 | 487402 |
| 04/01/2024 | lor | Late Fees (04/2024) | (40.00) | | 4,435.64 | 487711 |
| 04/01/2024 | rent1 | Rent Charges (04/2024) | 1,490.00 | | 5,925.64 | 487712 |
| 04/05/2024 | lor | lor | 40.00 | | 5,965.64 | 489551 |
| 04/23/2024 | electinc | Electric service 3/16-4/15/24 | 14.39 | | 5,980.03 | 489708 |
| 05/01/2024 | lor | Late Fees (05/2024) | (40.00) | | 5,940.03 | 490012 |
| 05/01/2024 | rent1 | Rent Charges (05/2024) | 1,490.00 | | 7,430.03 | 490013 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/18/2024 | carpetcl | Carpet Cleaning | 150.00 | | 6,130.03 | 491963 |
| 05/18/2024 | cleaning | Cleaning | 60.00 | | 6,190.03 | 491964 |
| 05/18/2024 | leasinge | Leasing Commissions | 1,450.00 | | 7,640.03 | 491965 |
| 05/18/2024 | maintlab | Internal Maintenance Labor | 615.00 | | 8,255.03 | 491966 |
| 05/18/2024 | painting | Painting & Decorating | 575.00 | | 8,830.03 | 491967 |
| 05/18/2024 | rent1 | Rent | (545.11) | | 8,284.92 | 491968 |
| 05/21/2024 | electinc | Electric service 4/16-5/15/24 | 13.57 | | 8,298.49 | 491943 |
| 06/19/2024 | | chk# 105 | | 1,500.00 | 6,798.49 | 548169 |
| 08/21/2024 | | chk# 107 NSFed by ctrl# 552906 NSF | | 500.00 | 6,298.49 | 552858 |
| 08/23/2024 | nsf | Returned check charge | 50.00 | | 6,348.49 | 499222 |
| 08/23/2024 | | chk# 107 NSF receipt Ctrl# 552858 NSF | | (500.00) | 6,848.49 | 552906 |
| 10/02/2024 | | chk# 5696990 | | 500.00 | 6,348.49 | 556926 |

EXHIBIT D

# Transition Of Care Document For Encounter Date: 09/20/2024 to 03/04/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| **Patient ID** | 143318970 | **Sex** | Female | **Primary Care Provider** | Ijeoma Ononenyi, APRN, APRN | |
| **Patient Name** | Fatima Fazal | **Birthdate** | 07/13/1992 | | | |
| **Previous Name** | | **Race** | Unknown | **Medical Staff** | Ijeoma Ononenyi, APRN, APRN | 4606 FM 1960 RD W, Houston, TX 77069 \| tel:+1-281-944-5692 (Work) |
| | | **Ethnicity** | Unknown | | | |
| | | **Language** | Unknown | | | |
| **Address** | 26031 Cypresswood Dr, Spring, TX 77373 | | | | | |
| **Phone** | tel:+1-412-214-3528 (Cell) | | | | | |
| | mailto:fatima.hfazal92@gmail.com | | | | | |

## Allergies &or adverse reactions

| Allergy Name | Reaction | Severity | Status | Author Time Stamp | Author Organization |
|---|---|---|---|---|---|
| No known allergies | | | | | |

## Medications section

| Medication Name | Sig Information | Status | Author Time Stamp | Author Organization |
|---|---|---|---|---|
| Amphetamine-Dextroamphet ER 30 MG Oral Capsule Extended Release 24 Hour | Take 1 capsule orally daily at noon | Active | 20240920 | Serene Bold Health Clinic LLC |
| Lisdexamfetamine Dimesylate 40 MG Oral Capsule | Take 1 capsule orally in A.M. | Active | 20240920 | Serene Bold Health Clinic LLC |

## Problem list

| Problem Code | Problem Description | Status | Author Time Stamp | Author Organization |
|---|---|---|---|---|
| ICD-10: F429 | Obsessive-compulsive disorder, unspecified | Active | 03/04/2025 | Serene Bold Health Clinic LLC |
| ICD-10: F845 | Asperger's syndrome | Active | 03/04/2025 | Serene Bold Health Clinic LLC |
| ICD-10: F909 | Attention-deficit hyperactivity disorder, unspecified type | Active | 03/04/2025 | Serene Bold Health Clinic LLC |
| ICD-10: F429 | Obsessive-compulsive disorder, unspecified | Active | 09/20/2024 | Serene Bold Health Clinic LLC |
| ICD-10: F845 | Asperger's syndrome | Active | 09/20/2024 | Serene Bold Health Clinic LLC |
| ICD-10: F909 | Attention-deficit hyperactivity disorder, unspecified type | Active | 09/20/2024 | Serene Bold Health Clinic LLC |

## Reason for referral

| Reason for Referral | Referring Provider Name | Referring Provider Address | Referring Provider Phone Number | Referral Date |
|---|---|---|---|---|
| No Data Available | | | | |