

**Fatima Fazal**
7710 Main St
Apt 1424
Houston, TX 77030

October 02, 2025

**Clerk of Court**
United States Bankruptcy Court
Southern District of Texas
P.O. Box 61010
Houston, TX 77208

          Re:    **Fatima Fazal v. United States Department of Education**
                 Case No.: 25-03432

Dear Clerk:

Enclosed please find a signed and dated page 6 of my Complaint, originally filed on June 27, 2025. The original filing inadvertently omitted my signature on this page.

I respectfully request that this signed page be added to the docket as a correction to the complaint already on file.

Thank you for your assistance.

Sincerely,

Fatima Fazal

Dated: 10/02/2025

Case 25-03432    Document 16    Filed in TXSB on 10/06/25    Page 2 of 4
Case 25-03432    Document 11    Filed in TXSB on 06/27/25    Page 6 of 11

Bankruptcy Case No.: _____

b. Maintaining communication with servicers and seeking relief options when unable to pay;

c. Actively pursuing employment opportunities while managing documented medical conditions;

d. Filing for Chapter 7 bankruptcy only after exhausting reasonable financial alternatives.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

26. Determine that repayment of her federal student loans would impose an undue hardship under 11 U.S.C. § 523(a)(8);

27. Enter judgment discharging her student loan debt in full;

28. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

*[signature]*

_____

**Fatima Fazal**

Date: 10 / 02 / 2025

**Plaintiff, Pro Se**

Address: 2414 Allendale Garden Ln, Spring, TX 77373

Contact Phone: (281) 967-2565

Email Address: ff.fatimafazal@gmail.com

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, __Fatima Fazal__ (name), certify that service of this summons and a copy of the complaint was made __October 2, 2025__ (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
1) United States Attorney's Office, Southern District of Texas, Attn: Civil Process Clerk, 1000 Louisiana St, Suite 2300, Houston, TX 77002
2) Attorney General of the United States, US Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001
3) US Department of Education, Office of General Counsel, 400 Maryland Avenue SW, Room 6E300, Washington, DC 20202-2111

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

   If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

   Under penalty of perjury, I declare that the foregoing is true and correct.

Date __10/2/2025__   Signature __Fatima__

Print Name: __Fatima Fazal__

Business Address: __7710 Main St, Apt 1424__
__Houston, TX 77030__

B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court
## Southern District Of Texas

In re **FATIMA FAZAL**,  ) Case No. **25-33620**
Debtor  )
  ) Chapter **7**
  )
**FATIMA FAZAL**  )
Plaintiff  )
  )
v.  ) Adv. Proc. No. **25-03432**
  )
**UNITED STATES DEPARTMENT OF EDUCATION** )
Defendant  )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: **Clerk's Office**
**United States Bankruptcy Court**
**Southern District of Texas**
**PO Box 61010**
**Houston, TX 77208**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney: **Fatima Fazal (Pro Se)**
**7710 Main St Apt 1424**
**Houston, TX 77030**

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: **October 1, 2025**

*s/ Joan Davenport*
*Signature of Clerk or Deputy Clerk*